

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9667
shp@hornwright.com

**Sheetal Paul**
Counsel

June 30, 2026

**VIA ECF ONLY**
Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

>       **Re.:**   ***Nunez v. County of Nassau, et al.***
>             2:26-cv-00496 (JMW)
>             ***Potts v. County of Nassau, et al.***
>             2:26-cv-02403 (JMW)
>             ***Miranda v. County of Nassau, et al.***
>             2:26-cv-02401 (JMW)

Dear Judge Wicks:

Horn Wright, LLP represents Plaintiffs Mayra Nunez, Lisa Rose Potts, and Michelle Miranda (collectively, "Plaintiffs") in connection with the above-referenced matters. The present application is a joint request with Counsel for Defendants.

We write to respectfully request a three-week adjournment of the Status Conference scheduled for July 2, 2026, at 11:30 a.m., as well as a brief stay of any pending deadlines. The reason for the request is that the parties are presently engaged in settlement discussions. Mr. Fernandez and Defendants' Counsel have already met this past week and anticipate having further discussions shortly regarding possible settlement. The brief adjournment and stay would assist the parties in not incurring additional litigation expenses as well as having the Court not waste judicial resources.

Therefore, it is respectfully requested that the Court adjourn the Status Conference to July 23, 2026, or to another date and time thereafter convenient to the Court. Thanking the Court for its time and consideration, I remain

>       Respectfully,
>       **HORN WRIGHT, LLP**
>
>
>       By:   */S Sheetal Paul*
>             Sheetal Paul

cc:      Steve Dalton, Esq. (*Via ECF Only*)