**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

July 30, 2026

**VIA ECF**
Hon. James M. Wicks
United States Magistrate Judge
Eastern Distrct of New York
Central Islip, New York

Re:     **SUGGESTION OF DEATH**

*Miranda v. County of Nassau et al*
Docket No. **2:26-cv-02401-JMW**

*Nunez v. County of Nassau et al*
Docket No. **2:26-cv-00496-JMW**

*Potts v. County of Nassau et al*
Docket No. **2:26-cv-02403-JMW**

Dear Judge Wicks,

As was orally conveyed during the July 24, 2026 conference, the undersigned recently discovered the death of John Barber, a named defendant in the above actions. Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff may move for substitution of the proper party within 90 days of service of this statement.

Respectfully submitted,

*Steven V. Dalton*

Steven V. Dalton, Esq.
Deputy County Attorney

cc: Counsel of Record (via ECF)

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**